UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVE BROWN and
MONICA BROWN,

    Plaintiffs,

v.                                  Case No. 3:14cv139/MCR/CJK

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Defendant.
_____/

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation dated October 31, 2014. (Doc. 6). Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1), but have failed to do so. Having fully reviewed the matter, the undersigned finds that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this Order.

    2.    This action is DISMISSED for lack of subject matter jurisdiction.

    3.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of December, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**